Prob 22 (VAE Rev 4/13)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran Court)* | 3:17CR00145-001 |
| DOCKET NUMBER *(Rec. Court)* | 19 CRIM 044 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE. | DISTRICT | DIVISION |
|---|---|---|
| Abu Jalloh | EASTERN DISTRICT OF VIRGINIA | Richmond |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 24 2019

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Robert E. Payne |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 11/2/2018 | TO 11/1/2021 |
|---|---|---|

**OFFENSE:**

Count One – Conspiracy to Commit Bank Fraud
Count Two – Access Device Fraud

JUDGE ABRAMS   JUDGE ABRAMS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK, NEW YORK DIVISION upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 10, 2019
*Date*

/s/ REP
Robert E. Payne
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF NEW YORK – NEW YORK DIVISION</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 2 3 2019

*Effective Date*

~~United States District Judge~~

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK