19 CRIM 044

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: ATTEMPT AND CONSPIRACY TO COMMIT FRAUD.PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE - 18:1349.F18:1029A.F Class B FelonyClass C Felony |
| FROM: | Adam S. Pakula<br>U.S. Probation Officer<br>Specialist | ORIGINAL SENTENCE: 6 Months Bureau of Prisons; 36 Months Supervised Release |
| | | SPECIAL CONDITIONS: Cooperate with INS; Financial Disclosure; Location Monitoring Program; Restitution: $15, 813.78; SA: $200.00 |
| RE: | Abu Jalloh<br>Docket # 0422 3:17CR00145 | AUSA: To Be Assigned<br><br>MED: November 01, 2021 |

DATE OF SENTENCE: March 29, 2018

DATE: January 23, 2019

ATTACHMENTS:   ☒ PSI      ☒ JUDGMENT      ☐ PREVIOUS REPORTS

REQUEST FOR:   COURT DIRECTION

---

## TRANSFER OF JURISDICTION

On April 9, 2018, the above-mentioned individual was sentenced as outlined above in the Eastern District of Virginia, by the Honorable Robert E. Payne, Senior U.S. District Judge.

On January 11, 2019, we received a letter from the Eastern District of Virginia, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Jalloh's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are four (4) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the four (4) original Form 22's as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by   _Adam S. Pakula_
Adam S. Pakula
U.S. Probation Officer Specialist
212-805-5171